# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ENRIQUE BANEGAS, | ) | Case No. CV 16-2195-DMG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STEVE LANGFORD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 8, 2017

_____

HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE